**In the Matter of the Care and Treatment of Fred PECK a/k/a Fred E. Peck, a/k/a Fred Ernest Peck., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99801.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 11, 2014.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

Fred Peck appeals from the trial court's judgment and order entered pursuant to a jury verdict, finding him to be a sexually violent predator, and committing him to secure confinement in the custody of the Department of Mental Health. An opinion would have no precedential value. We have furnished the parties with a memo-

randum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(3) & (5).